

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-80,939-01, WR-80,939-02, & WR-80,939-03

### Ex parte ERIC REED MARASCIO, Applicant

ON APPLICATIONS FOR WRIT OF HABEAS CORPUS
CAUSE NOS. W380-80601-09-HC, W380-80602-09-HC, & W380-80603-09-HC
IN THE 380TH DISTRICT COURT
COLLIN COUNTY

*Per curiam*. KEASLER, J., filed a concurring opinion in which HERVEY and YEARY, J.J., joined. RICHARDSON, J., filed a concurring opinion in which NEWELL, J. joined. YEARY, J., filed a concurring opinion in which KEASLER, J., joined. MEYERS, J., filed a dissenting opinion. JOHNSON, J., filed a dissenting opinion. ALCALA, J., filed a dissenting opinion in which JOHNSON, J., joined.

## O P I N I O N

Applicant was convicted of three charges of felony Bail Jumping and Failure to Appear, and he was sentenced to eight years' imprisonment for each charge, to run concurrently. In these applications for writ of habeas corpus under Article 11.07 of the Code of Criminal Procedure, Applicant contends that these multiple convictions violate the

constitutional prohibition against double jeopardy.  We filed and set these applications to determine several issues associated with Applicant's double-jeopardy claims.[1]  We now conclude that Applicant is not entitled to relief.  Relief is denied.

Filed: October 7, 2015
Publish

---

[1]  *Ex parte Marascio*, Nos. WR-80,939-01, WR-80,939-02, & WR-80,939-03, 2014 Tex. Crim. App. Unpub. LEXIS 488 (Tex. Crim. App. May 7, 2014) (not designated for publication).